*Maurice J. O'Callaghan* and *Elias H. Avram* for appellant.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Henry J. Shields* and *William J. Leonard* of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JENNIE HOLLENBECK, as Administratrix of the Estate of HERMAN HOLLENBECK, Deceased, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

*Negligence — railroads — driver of motor truck killed by being struck by train at railroad crossing.*

*Hollenbeck v. Penn. R. R. Co.,* 214 App. Div. 755, affirmed.

(Argued October 14, 1925; decided October 30, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1925, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The death of intestate resulted from a collision between one of defendant's trains and a truck that he was driving southerly along the Bowen road at a point where it crosses the tracks of the defendant near the Elma station. There was evidence from which the jury could find that the train approached at a high rate of speed without warning signals and that the view of intestate in the direction from which the train approached was obstructed.

*Harold J. Adams* for appellant.
*Dana L. Spring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.